
**PACIFIC LEGAL FOUNDATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025

*[handwritten: 9/22/2025 OK - 45 day stay of all stay proceedings a]*

September 18, 2025

**BY ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

Re:    *The Obscure v. Fan et al.*, Index No. 25-cv-3151 (CM) (SDNY)

Dear Judge McMahon:

*MEMO ENDORSED*

Plaintiff, Ad Obscura, LLC D/B/A The Obscure and Defendants the New York State Liquor Authority ("SLA"), Lily M. Fan, in her official capacity as Chair of the SLA, Edgar De Leon, in his official capacity as Commissioner of the SLA, and John Maya, in his official capacity as Commissioner of the SLA, jointly move this Court to stay all proceedings and deadlines in this action for a period of 45 days.

Plaintiff brought this action challenging the constitutionality of New York's reciprocity requirement for direct-to-consumer liquor shipping. Plaintiff alleges that the reciprocity requirement violates the dormant Commerce Clause by discriminating against out-of-state distilleries.

On September 13, 2025, the California Legislature passed Assembly Bill 1246, which, if signed into law, would authorize direct-to-consumer shipping by out-of-state craft distilleries. The bill has been sent for engrossing and enrolling before being sent to Governor Gavin Newsom.

If A.B. 1246 is signed into law, it may materially affect the legal and factual landscape in this case. Therefore, the parties respectfully request a 45-day stay in order for the parties (1) to determine if and when the bill has been signed into law, and (2) if signed, to fully evaluate the new law, including how it impacts this case, including its effect on the parties' legal arguments, defenses or positions, as well as its impact on potential negotiated resolution or changes in legal arguments of positions.

3100 Clarendon Blvd., Suite 1000 • Arlington, VA 22201 • plf@pacificlegal.org • 916.419.7111 • pacificlegal.org

The Honorable Colleen McMahon
P a g e  | 2

      The Parties propose to file a joint status report on or before November 3, 2025, which will include requests for amendments to the case management plan based on the Court's granting of this stay. There have been no previous requests for a stay in this case.

Respectfully Submitted,

*/s/ Christian Townsend*
Christian Townsend*
TX Bar No. 24127538
David McDonald
NY No. 5539424
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd, Suite 1000
Arlington, VA 22201
Telephone: 202.888.6881
CTownsend@pacificlegal.org
DMcdonald@pacificlegal.org

Anastasia P. Boden*
CA Bar No. 281911
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: 916.419.7111
ABoden@pacificlegal.org

*Admitted pro hac vice
Counsel for Plaintiff